# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

In re  Julie A. McCray                                       Case No.  10-31855
       Debtor                                                Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Bank of America, N.A.

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  8785

**Date of payment change:**
Must be at least 21 days after date of this notice     05/25/2014

**New total payment:**
Principal, Interest, and escrow, if any     $127.40

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
         Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____     New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
         If a notice is not attached, explain why:

Current interest rate: _____     New interest rate: _____
Current principal and interest payment: _____     New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☒ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  CHANGE IN PRINCIPAL - DETAILS REFLECTED IN MONTHLY,NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

Current mortgage payment:  $129.12     New mortgage payment:  $127.40

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.      ☐ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗    /s/ Marlene Brookman                                    Date  05/02/2014
     Assistant Vice President

Print:   Marlene Brookman                                    Title   Assistant Vice President

Company   Bank of America, N.A.                              Specific Contact Information:
Address   2380 Performance Dr.                               Phone: 214-209-8355
          Richardson, TX 75082                               Email: marlene.brookman@bankofamerica.com

547319-b13190b5-4e33-4ebf-bbb9-136bf0403057

# UNITED STATES BANKRUPTCY COURT

District of Utah (Salt Lake City)

Chapter 13 No. 10-31855

In re:

Judge: William T. Thurman

Julie A. McCray

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 02, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Julie A. McCray
573 North 1200 West
Salt Lake City, UT 84116

Debtor's Attorney: Justin O. Burton
Rulon T. Burton & Assoc.
6000 South Fashion Blvd.
Murray, UT 84107

Trustee: Kevin R. Anderson tr
405 South Main Street
Suite 600
Salt Lake City, UT 84111

/s/ Bill Taylor

Authorized Agent

547319-28a96765-cfff-4452-a44b-ea965251ea75-